**Order No. 96–35**
**December 6, 1996**

17482          State v. Maeda                                              Affirmed

**Order No. 96–36**
**December 6, 1996**

17976          Honda v. IBEW Local Union 1357                             Affirmed

**Order No. 96–37**
**December 9, 1996**

16539          State v. Connevey                                          Affirmed

**Order No. 96–38**
**December 13, 1996**

18329          Garcia v. KA'U Sugar Co., Inc.                             Affirmed

**Order No. 96–39**
**December 16, 1996**

18964          Yee v. Hyatt Corp.                                         Affirmed

**Order No. 96–40**
**December 17, 1996**

18425          State v. Grammer                                           Vacated

**Order No. 96–41**
**December 19, 1996**

17468          State v. Phillips                                          Affirmed